IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:11-cv-02237-EAK-TGW

WILLIAM HUEBENER,

    Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Middle District of Florida, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,
    **WILLIAM HUEBENER**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

**CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Ms. Jennifer Kirby, Surdyk, David & Turner, Co., LPA, 1 Prestige Place, Suite 700, Miamisburg, OH 45342, by depositing the same on November 3rd, 2011, in the U.S. Mail, enclosed in an envelope with first class postage prepaid thereon.

By:  s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com